UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARCUS C. PURDY and AMANDA J. PURDY, <br><br> Appellants, <br><br> v. <br><br> MICHAEL BURNETT, TRUSTEE and BANKRUPTCY ADMINISTRATOR, <br><br> Appellees. | **JUDGMENT** <br> **CASE NUMBER: 5:23-CV-170-D** |

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court AFFIRMS the bankruptcy court's judgment.

**This Judgment Filed and Entered on February 7, 2023, and Copies To:**

| | |
|---|---|
| Travis Philip Sasser | (via CM/ECF electronic notification) |
| Michael Brandon Burnett | (via CM/ECF electronic notification) |
| Brian Charles Behr | (via CM/ECF electronic notification) |
| Kirstin E. Gardner | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE <br> November 13, 2023 | **PETER A. MOORE, JR., CLERK** <br> By: /s/ Stephanie Mann <br> Deputy Clerk |